# Third District Court of Appeal

## State of Florida

Opinion filed March 29, 2017.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D15-1891
Lower Tribunal No. 13-20429

_____

## U.S. Bank National Association, etc.,
Appellant,

vs.

## Richard Vair, et al.,
Appellees.


An Appeal from the Circuit Court for Miami-Dade County, Eric William Hendon and Jacqueline Hogan Scola, Judges.

Burr & Forman, LLP, and Nicholas S. Agnello and Christine Irwin Parrish (Fort Lauderdale), and Reid S. Manley (Birmingham, AL), for appellant.

Richards Goldstein LLP, and Richard L. Richards, Jason Goldstein, and Joshua Saval, for appellees.

Before WELLS, LAGOA, and LOGUE, JJ.

LOGUE, J.

This is an appeal from a judgment in a foreclosure case entering attorney's fees for the borrowers and against the lender. Because the judgment for the

borrowers in the underlying foreclosure action has been reversed by this court in U.S. Bank National Association v. Vair, 194 So. 3d 544 (Fla. 3d DCA 2016), on the authority of Deutsche Bank Trust Co. Americas v. Beauvais, 188 So. 3d 938 (Fla. 3d DCA 2016), the related judgment at issue in this appeal awarding attorney's fees and costs to the borrowers must also be reversed.

Reversed and remanded.